OFFICE OF DISCIPLINARY COUNSEL *v.* DICARLANTONIO.

[Cite as *Disciplinary Counsel v. DiCarlantonio*
(1994), 68 Ohio St.3d 479.]

(No. 93–1737—Submitted January 4, 1994—Decided March 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Karen B. Hull,* Assistant Disciplinary Counsel, for relator.

*Anthony R. DiCarlantonio, pro se.*

---

*Per Curiam.* We concur in the findings and recommendation of the board. Anthony R. DiCarlantonio is hereby permanently disbarred. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.